

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00137-CV

**2008 CHEVROLET CORVETTE,**
**VIN#1G1YY36W585105455,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

### From the 66th District Court
### Hill County, Texas
### Trial Court No. 51,223

## O R D E R

James Tyron Riggs's motion for rehearing was received and filed on April 4, 2016. It was sent under a cover letter dated March 28, 2016. Riggs's motion, however, was due March 25, 2016. *See* Tex. R. App. P 49.1. Accordingly, Riggs's motion for rehearing is dismissed for want of jurisdiction.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a) (West 2013). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion dismissed
Order issued and filed April 14, 2016

